

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-17-00838-CV

Priscilla Beltran **GUTIERREZ**, the Heirs of Carlos Gutierrez,
and the Heirs of Guadalupe Soto Gutierrez,
Appellants

v.

**CITY OF LAREDO**, Webb County, Laredo Community College,
The United Independent School District,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2008-TXA-00706-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellants' brief was originally due May 17, 2018; however, the court granted an extension of time until June 18. Appellants have filed a motion asking for an additional thirty-day extension of time to file the brief.

We **grant** the motion and **order** appellants' brief due **July 18, 2018** (sixty-two days after the original due date). The court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4th Tex. App. (San Antonio) Loc. R. 8, Notes and Comments. Counsel is therefore advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court